■ MANHATTAN PIZZA HUT, INC., et al., Petitioners, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated October 20, 1978, which affirmed an order of the State Division of Human Rights, dated June 1, 1977, which, after a hearing, (1) found that petitioners had engaged in unlawful discrimination against the complainant in terminating her employment because of her marital status and (2) ordered the petitioners, *inter alia,* to offer to re-employ the complainant with back pay and to pay her $500 in compensatory damages for mental anguish and embarrassment. The State Division cross-moves to enforce the order. Order confirmed, proceeding dismissed and cross application granted, without costs or disbursements. On the facts of this case, the State Division was justified in finding that the petitioners had engaged in a discriminatory practice against complainant on the basis of her marital status. The award of back pay and compensatory damages was fair and reasonable. Gulotta, J. P., Cohalan, Martuscello and Gibbons, JJ., concur.

■ EDELGARD MEYER, Respondent, v ROBERT T. MEYER, Appellant.—In an action, *inter alia,* to recover a money judgment for arrears in temporary alimony, defendant appeals from so much of an order of the Supreme Court, Rockland County, dated April 26, 1979, as upon reargument adhered to its original determination insofar as it granted judgment to the plaintiff for $675 in temporary alimony arrears. Order affirmed insofar as appealed from, without costs or disbursements. Since section 244 of the Domestic Relations Law permits the entry of a money judgment for arrearage in the payment of temporary alimony after the final judgment of divorce has been granted, Special Term's order should be affirmed. Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.